AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

U.S. MARSHAL-DC AM11:2
RECEIVED FEB 13 '24

United States of America
v.
MICHAEL ROBINSON

*Defendant*

)  Case: 1:24-mj-00061
)  Assigned To : Faruqui, Zia M.
)  Assign. Date : 2/12/2024
)  Description: Complaint W/ Arrest Warrant

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   **MICHAEL ROBINSON**
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☑ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1951 - Conspiracy to Interfere with Interstate Commerce by Robbery

Date:  02/12/2024

City and state:   Washington, DC

*Issuing officer's signature*
Zia M. Faruqui

Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 2/13/24, and the person was arrested on *(date)* 2/13/24
at *(city and state)* Washington DC

Date: 2/13/24

*Arresting officer's signature*
Mike R.

Michael Brennan, DUSM
*Printed name and title*